## A13A0740. THOMPSON v. LAFARGE BUILDING MATERIALS, INC.
(771 SE2d 905)

DOYLE, Presiding Judge.

In *Thompson v. LaFarge Bldg. Materials*,[1] we reversed the trial court's grant of summary judgment to LaFarge Building Materials ("LaFarge") on the basis that a personal guaranty signed by Larry Thompson did not meet the requirements of the Statute of Frauds. Thereafter, LaFarge petitioned for certiorari to the Supreme Court of Georgia, which the Court granted. In *Lafarge Bldg. Materials v. Thompson*, the Supreme Court reversed our decision, ruling that the personal guaranty met the requirements of the Statute of Frauds.[2] Consequently, we vacate our previous opinion and adopt the Supreme Court's opinion as our own.

*Judgment affirmed. Phipps, C. J., Barnes, P. J., Ellington, P. J., McFadden, Boggs and Branch, JJ., concur.*

DECIDED APRIL 16, 2015.

*Dupree & Kimbrough, Hylton B. Dupree, Jr., Blake R. Carl,* for appellant.

*Cohen, Cooper, Estep & Allen, Scott A. Schweber,* for appellee.

---

[1] 323 Ga. App. 276 (746 SE2d 908) (2013).

[2] 295 Ga. 637, 641 (2) (763 SE2d 444) (2014).